■ The People of the State of New York, Respondent, v Alberto Gomez, True Name Carlos Alberto Gomez, Appellant.—Appeal from a judgment of Supreme Court, New York County (Solomon Katz, J.), rendered on November 29, 1983,

held in abeyance and counsel is directed to file a supplemental brief within 60 days from the date of entry hereof. No opinion. Concur—Kupferman, J. P., Carro, Ellerin, Smith and Rubin, JJ.